NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-65
consolidated with 06-66

APRIL RENEE DOYLE SNYDER

VERSUS

SETH PAUL SNYDER

************

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT,
PARISH OF BEAUREGARD, NOS. 2005-0448 and 2005-0480,
HONORABLE STUART S. KAY, JR., DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.

AFFIRMED AS AMENDED.

David L. Wallace
Attorney at Law
Post Office Box 489
DeRidder, Louisiana 70634
(337) 462-0473
Counsel for Defendant/Appellee:
    Seth Paul Synder

Charles A. "Sam" Jones, III
Attorney at Law
Post Office Box 995
DeRidder, Louisiana 70634
(337) 463-5532
Counsel for Plaintiff/Appellant:
    April Renee Doyle Snyder